IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-01027-RPM-MJW

CAPITAL STEEL INDUSTRIES, LLC,

       Plaintiff,

v.

CAPITAL STEEL BUILDINGS, INC.,

       Defendant,

v.

CAPITAL STEEL INDUSTRIES, LLC, d/b/a CAPITAL STEEL METAL BUILDINGS
CAPITAL STEEL AND WWW.CAPITALSTEEINDUSTRIES.COM;
GENERAL STEEL DOMESTIC SALES, LLC, d/b/a GENERAL STEEL AND
GENERAL STEEL METAL BUILDINGS;
GENERAL STEEL, INC.; and
JEFFREY KNIGHT, Individually and in his official capacity as President, Chief Executive Officer, and owner of Capital Steel Industries, LLC, General Steel Domestic Sales, LLC and General Steel, Inc.,

       Third-Party Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

       Pursuant to D.C.COLO.LCivR 16, it is

       ORDERED that a scheduling conference will be held on **April 3, 2008, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures)

and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on March 27, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: February 20th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge