## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-01027-RPM

CAPITAL STEEL INDUSTRIES, LLC

    Plaintiff,

v.

CAPITAL STEEL BUILDINGS, INC.

    Defendant,

v.

CAPTIAL STEEL INDUSTRIES, LLC, d/b/a CAPTIAL STEEL METAL BUILDINGS, CAPTIAL STEEL AND [WWW.CAPITALSTEELINDUSTRIES.COM](WWW.CAPITALSTEELINDUSTRIES.COM);
GENERAL STEEL DOMESTIC SALES, LLC, d/b/a GENERAL STEEL AND GENERAL STEEL METAL BUILDINGS;
GENERAL STEEL, INC.; and
JEFFREY KNIGHT, Individually and in his official capacity as President, Chief Executive Officer, and owner of Capital Steel Industries, LLC, General Steel Domestic Sales, LLC and General Steel, Inc.

    Third Party Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice and being fully advised in the premises thereof,

HEREBY ORDERS THAT Civil Action No. 1:07-cv-01027-RPM is dismissed with prejudice, each party shall bear their own costs.

DATED this 8th day of April, 2008.

                                    s/Richard P. Matsch

                                    United States District Court Judge